```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2700
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )   Mag. No. CR. S-09-mj-20 GGH
                                )
12            Plaintiff,        )
                                )
13       v.                     )   STIPULATION AND ORDER
                                )   CONTINUING PRELIMINARY HEARING
14 ERIC RYAN BUSBY,             )   AND EXCLUDING TIME
                                )
15            Defendant.        )
   _____)
16
17      IT IS HEREBY STIPULATED by and between Assistant United States
18 Attorney Kyle Reardon, counsel for the plaintiff, and Jay Greiner,
19 Esq., counsel for the defendant, that good cause exists to extend
20 the preliminary hearing currently set for Tuesday, February 3, 2009,
21 at 2:00 p.m. to Thursday, March 5, 2009, at 2:00 p.m., pursuant to
22 Federal Rule of Criminal Procedure 5.1(d).  This is the first
23 request by the parties for an extension of time for the preliminary
24 hearing.
25      Good cause exists to extend the time for the preliminary
26 hearing within the meaning of Rule 5.1(d) because more time will
27 permit the parties to perform additional investigation, evaluate the
28 evidence in this case, and discuss a possible pre-indictment
```

1

resolution.

    Counsel further stipulate that an exclusion of time from now until Thursday, March 5, 2009, is appropriate under the Speedy Trial Act because of the fact that defense counsel has not yet reviewed the discovery that has been provided in this case.  Defense counsel was recently appointed and has not yet received discovery from the United States.  Such discovery is forthcoming and will likely be provided no later than Monday, February 2, 2009. Furthermore, both parties intend to engage in additional investigation that will likely have a significant impact on the resolution of this case.  As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow a reasonable time to prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

                                          Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

Dated: January 29, 2009        /s/ Kyle Reardon
                                          KYLE REARDON
                                          Assistant U.S. Attorney

Dated: January 29, 2009        /s/ Kyle Reardon for
                                          JAY GREINER
                                          Counsel for the defendant

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Tuesday, February 3, 2009, at 2:00 p.m., to Thursday, March 5, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Counsel needs time to prepare. Accordingly, time under the Speedy Trial Act shall be excluded through Thursday, March 5, 2009.

IT IS SO ORDERED.

Date: January 30, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

busby.eot

PDF created with pdfFactory trial version www.pdffactory.com