1   **JAMES R. GREINER, ESQ.**
    CALIFORNIA STATE BAR NUMBER 123357
2   **LAW OFFICES OF JAMES R. GREINER**
    555 UNIVERSITY AVENUE, SUITE 290
3   SACRAMENTO, CALIFORNIA 95825
    TELEPHONE:(916) 649-2006
4   FAX: (916) 920-7951

5   ATTORNEY FOR DEFENDANT
    ERIC BUSBY

6

7

8                 IN THE UNITED STATES DISTRICT COURT FOR THE

                  EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )      09–MJ–00020-GGH
                                   )
11       PLAINTIFF,                )      STIPULATION AND
                                   )      ORDER CONTINUING THE
12       v.                        )      PRELIMINARY HEARING AND
                                   )      EXCLUDING TIME
13  ERIC BUSBY,                    )
                                   )
14       DEFENDANT.                )
                                   )
15  _____)

16       IT IS HEREBY STIPULATED by and between Assistant United States

17  Attorney Mr. Kyle Reardon, counsel for the plaintiff, and James R. Greiner, counsel

18  for the defendant, that good cause exists to extend the preliminary hearing currently

19  set for Thursday, September 17, 2009, at 2:00 p.m. to Thursday, October 8, 2009, at

20  2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).

21       Good cause exists to extend the time for the preliminary hearing within the

22  meaning of Rule 5.1(d) because of the ongoing good faith discussions of resolution

23  and legal research being done by the parties.  To date the defense has done extensive

24  legal research that it has presented to the government in an on going attempt to

25  resolve the case. Although the case has not yet been resolved, the parties are

26  continuing their good faith discussions in a good faith attempt to resolve the matter.

27  The parties continue to perform additional investigation, continue to evaluate the

28                                      1

evidence in this case, and continue good faith discussions of a possible pre-indictment resolution (which could result in costs savings to both the Court and the U.S. Attorney's Office).

Part of the challenge facing both parties was the busy calendar of both attorneys during the last several months.

Counsel for both parties further stipulate that previous periods of delay have been excluded in computing the time within which an information/indictment must be filed  up to and including Thursday, September 17, 2009.  Both parties further agree and stipulate that the time from Thursday, September 17, 2009, to and including, Thursday, October 8, 2009 should also be excluded in computing the time within which an information/indictment must be filed under the Speedy Trial Act because defense counsel continues to review discovery that has been provided in this case, defense counsel is continuing to investigate the case, and because the parties wish to continue discussions to reach a potential pre-indictment resolution.  Furthermore, both parties have been and continue to engage in additional investigation that will likely have a significant impact on the resolution of this case, and the additional time will be of significant benefit to all parties.  As a result, counsel for both parties believe time should be excluded under Local Rule T4 to allow a reasonable time to prepare, taking into the account the exercise of due diligence (Title 18 U.S.C. section 3161(h)(8)(A) and (B)(iv); Local Code T4).  Both parties agree and stipulate that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in speedy charging pursuant to the Speedy Trial Act and that the defendant specifically waives time for the government to file any Indictment in the case for the time period from Thursday, September 17, 2009 up to and including Thursday, October 8, 2009.

1

2                                    Respectfully submitted,

3                                    LAWRENCE G. BROWN
                                     Acting United States Attorney
4

5    DATED: 9-15-09                  /s/ Kyle Reardon(telephone authorization)

6                                    _____
                                     KYLE REARDON
                                     Assistant United States Attorney
7

8                                    /s/ James R. Greiner

9    DATED: 9-15-09
                                     _____
                                     JAMES R. GREINER
10                                   Attorney for defendant ERIC BUSBY

11

12

13                                **ORDER**

14

15        Based upon the representations by counsel and the stipulation of the parties, IT

16   IS HEREBY ORDERED that:

17        1. The Court finds good cause to extend the Preliminary Hearing currently set

18   for Thursday, September 17, 2009, at 2:00 p.m., to Thursday, October 8, 2009, at 2:00

19   p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

20        2. Based upon the above representations and stipulation of the parties, the

21   Court further finds that the ends of justice outweigh the best interest of the public and

22   the defendant in speedy charging pursuant to the Speedy Trial Act. Accordingly, time

23   under the Speedy Trial Act shall be excluded from Thursday, September 17, 2009 to

24   through and including Thursday, October 8, 2009;

25   ///

26   ///

27   ///

28
                                       3

1

2      3. And further, the Court finds that the defendant agrees and stipulates to the

3 waiving of time in which the government shall file an Indictment in this case for the

4 period of time between Thursday, September 17, 2009, up to and including,

5 Thursday, October 8, 2009.

6

7      **IT IS SO ORDERED.**

8

9

10 DATED: September 16, 2009

11

12

13

14

15                           /s/ Gregory G. Hollows

16                          _____

GREGORY G. HOLLOWS

17                          UNITED STATES MAGISTRATE JUDGE

18 busby.pre

19

20

21

22

23

24

25

26

27

28                                 4